## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**Plaintiff**

**v.**                                                   **Civil No. 3:21-cv-** 4760

**2017 BENTLEY BENTAYGA,**
**VIN#:   SJAAC2ZV4HC012556**
**Defendant**
_____/

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

COMES NOW the United States of America, Plaintiff in this action, by and through the undersigned Assistant United States Attorney, and alleges the following in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

1.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1345 and 1355.

2.     This Court has in rem jurisdiction over the defendant property pursuant to:

    a.     28 U.S.C. § 1355(b)(1)(A) because pertinent acts or omissions giving rise to the forfeiture occurred in the Northern District of

1

Florida; and

b.    28 U.S.C. § 1355(b)(1)(B) because venue properly lies in the Northern District of Florida pursuant to 28 U.S.C. § 1395.

3.    Venue lies within the Northern District of Florida pursuant to 28 U.S.C. § 1395(a), because the action occurred within the Northern District of Florida.

4.    The Defendant property is a 2017 BENTLEY BENTAYGA, VIN#:   SJAAC2ZV4HC012556.

5.    The Defendant Property was seized by a federal search warrant (see 3:21mj258) on June 28, 2021.  On this date, the Drug Enforcement Administration (DEA) opened a criminal and civil investigation against the defendant, Taj Tariq Tamboura Robinson (Robinson).  DEA Special Agent Joseph Ahearn, seized the 2017 Bentley Bentayga directly from the residence of Robinson located at 600 Phipps Boulevard Northeast, Apt. 1811, Atlanta, GA for an administrative seizure action by the DEA.

6.    The Defendant Property is subject to forfeiture to the United States pursuant to property is subject to seizure and forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6), (1) as money furnished or intended to be furnished in exchange for a controlled substance in violation of the Controlled

2

Substance Act; (2) proceeds traceable to such an exchange; or (3) facilitated or intended to facilitate a violation of the Controlled Substance Act and are therefore subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6).

7.     The facts and circumstances supporting the seizure and forfeiture of the Defendant Property is contained in Exhibit A, which is attached hereto and fully incorporated within this Complaint by reference.

WHEREFORE, the United States of America respectfully requests that process of forfeiture be issued against the Defendant Property, that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed, that the Court decree the condemnation and forfeiture of

the property to the United States for disposition according to law and that the

United States be granted such other relief as the Court deems just and proper.

Respectfully submitted,

JASON R. COODY
Acting United States Attorney

*/s/ Andrew J. Grogan*
ANDREW J. GROGAN
Assistant United States Attorney
Northern District of Florida
Florida Bar No. 85932
111 North Adams Street, 4th Fl
Tallahassee, Florida 32301
(850) 942-8430
andrew.grogan@usdoj.gov

## DECLARATION

I, Mitchell Landis, am a Task Force Office with the United States Drug Enforcement Administration, currently assigned to the Resident Office in Pensacola, Florida.

I have read the contents of the foregoing Complaint for forfeiture, and the Exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2 2 day of December, 2021.

**MITCHELL LANDIS**
Task Force Officer
United States Drug Enforcement
Administration

**STATE OF FLORIDA**
**COUNTY OF** Okaloosa

The foregoing was sworn before me this 22 day of December, 2021, by Task Force Officer Mitchell Landis, who is personally known to me or has produced FL DL L538-556-86-149-0 as identification.

Katie A. Parker
**Notary Public**

5

