IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:21-cv-4760 |
| ) | |
| 2017 BENTLEY BENTAYGA ) | |
| VIN #: SJAAC2ZV4HC012556, ) | |
| ) | |
| Defendant. ) | |

## VERIFIED CLAIM BY CHRISTOPHER HUGHES

COMES NOW, the Claimant, CHRISTOPHER HUGHES ("Hughes"), by and through the undersigned attorney, and asserts his ownership interest in the above styled defendant property, to wit 2017 BENTLEY BENTAYGA, VIN NUMBER: SJAAC2ZV4HC012556 (the "Defendant Property"), and hereby contests the instant forfeiture. Pursuant to *18 U.S.C. 983(a)(4)(A)* and *Rules G(4)* and *G(5)* of the *Supplemental Rules For Admiralty or Maritime Claims and Asset Forfeiture Actions*, Claimant Hughes states as follows:

1. <u>Specific Property Being Claimed:</u>   2017 BENTLEY BENTAYGA, VIN NUMBER: SJAAC2ZV4HC012556.

2. <u>Identity of the Claimant:</u>     Christopher Hughes

3. <u>Claimant's Interest in the Property:</u> Christopher Hughes is the owner of the Subject Property. **Exhibit 1 (Vehicle Title)** He obtained his ownership interest in the Subject Property by purchasing the Subject Property with funds that he earned from his work as a truck driver.

## OATH UNDER PENALTY OF PERJURY

I declare under penalty of perjury, under the laws of the United States of America, that all of the foregoing is true and correct.

Signed,

_____     **Date:**_____
**Christopher Hughes**                  5/25/2022


Respectfully Submitted,

**Law Offices of Brian Silber, P.A.**

/s/ *Brian Silber*

_____
**Brian Silber, Esq.**
Counsel for Christopher Hughes
Member SDFL
Florida Bar #: 0640646

916 South Andrews Avenue<br>
Fort Lauderdale, FL 33316<br>
954-462-3636 (office)<br>
silberlaw@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document was served on the following parties via CM/ECF on May 25, 2022.

## SERVICE LIST

**AUSA Andrew J. Grogan**
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301
Andrew.Grogan@usdoj.gov

# Exhibit 1
# (Vehicle Title)

# Georgia Certificate of Title

**DISCLAIMER: DO NOT ACCEPT THIS TITLE WITHOUT THE SECURITY THREAD LOCATED APPROXIMATELY TWO INCHES FROM LEFT EDGE.**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | TYPE OF BODY | MODEL | ODOMETER | CYL | DATE ISSUED |
|---|---|---|---|---|---|---|---|
| SJAAC2ZV4HC012556 | BENTLEY | 2017 | MULTI-PURPOSE V | BENTAYGA | 014500 | 12 | 03/16/2020 |

| DATE VEHICLE PUR | FUEL | NEW OR USED | PREVIOUS TITLE NBR / STATE OF ISSUE | NBR OF LIENS | COLOR | CURRENT TITLE NUMBER |
|---|---|---|---|---|---|---|
| 02/20/2019 | GASOLINE | USED | 770001206475907 / GA | 0 | BLK | 770031228585002 |

MAIL TO:

CHRISTOPHER HOWARD HUGHES
600 PHIPPS BLVD NE
APT 1811
ATLANTA GA 30326-3367

**OWNER**

CHRISTOPHER HOWARD HUGHES
1352 PEACHCREST RD
DECATUR GA 30032-2520

* ODOMETER READING IS ACTUAL MILEAGE OF THE VEHICLE UNLESS OTHERWISE INDICATED BELOW.

* REBUILT

**1ST LIEN OR SECURITY INTEREST**

* THIS IS A REPLACEMENT CERTIFICATE AND MAY BE SUBJECT TO THE RIGHTS OF A PERSON UNDER THE ORIGINAL CERTIFICATE

**2ND LIEN OR SECURITY INTEREST**

**3RD LIEN OR SECURITY INTEREST**

**RELEASE OF LIEN OR SECURITY INTEREST**

| DATE OF RELEASE | SECURITY INTEREST HOLDER | AUTHORIZED AGENT |
|---|---|---|
| 1ST LIEN | | BY |
| 2ND LIEN | | BY |
| 3RD LIEN | | BY |

54493968

The Georgia Department of Revenue issued this title pursuant to the Motor Vehicle Certificate of Title Act and this title is subject to its provisions. The Department certifies that on application duly made, the person named herein is registered as the lawful owner of the vehicle described subject to any liens or security interests set forth and such liens or security interests as may subsequently be filed with the Commissioner.

1049728774

STATE REVENUE COMMISSIONER